

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-21-00118-CV

Steven L. **BRUINGTON** and Nancy R. Bruington,
Appellants

v.

**LAKE MCQUEENEY WATER CONTROL AND IMPROVEMENT DISTRICT NO. 1**,
Robert L. Worth, Jr., David Doughtie, John Ewald, Lindsey Gillum, and Paul A. Mueller,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-2549-CVC
Honorable Margaret Garner Mirabal, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: September 22, 2021

APPEAL DISMISSED WITH PREJUDICE

On September 13, 2021, appellants filed an unopposed motion to dismiss this appeal with prejudice and that costs be assessed against the party that incurred them. Appellants also filed a letter with this court indicating appellees agreed to the filing of the motion, which included the assessment of costs.

The motion to dismiss is granted and this appeal is dismissed with prejudice. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM